③
1/19/01
MA

# UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Office of the Clerk, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea  
 Clerk

717-221-3920

United States District Court  
Eastern District of Pennsylvania  
Michael Kunz, Clerk  
601 Market Street, Room 2609  
Philadelphia, PA. 19106-1796

January 19, 2001

**FILED**  
HARRISBURG, PA

JAN 1 9 2001

MARY E. D'ANDREA, CLERK  
Per _MA_  
Deputy Clerk

IN RE: James Sample.  
 vs.  
 Joseph W. Chesney, et al.  
 Civil Action No. 01-CV-0038

Dear Clerk of Court:

   Pursuant to this court's order dated January 19, 2001, this matter is being transferred to the United States District Court for the Eastern District of PA. I have enclosed a certified copy of Judge Rambo's order (doc 2), the original case file (with the exception of doc. 2), and a certified copy of our docket sheet.

   Please acknowledge receipt at the bottom portion of this letter and return to our office at your earliest convenience.

   Thank you for your consideration in this matter.

Very truly yours,

MARY E. D'ANDREA

Mark Armbruster  
Deputy Clerk

## RECEIPT

   I hereby acknowledge receipt of the enclosed documents this _____ Day of _____, 2001.

_____  
Signature